■ In the Matter of IN GOOD SPIRITS, INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. [636 NYS2d 614] —Determination of respondent State Liquor Authority dated August 9, 1994, suspending petitioner's off-premises liquor license for 40 days (20 days forthwith, 20 days deferred) and imposing a $1,000 bond forfeiture, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Emily Jane Goodman, J.], entered November 3, 1994) is dismissed, without costs.

Substantial evidence supports respondent's findings that petitioner violated Alcoholic Beverage Control Law § 100 (1) and abetted violation of section 102 (3-b) (see, Matter of 2 W. 125th Liqs. v New York State Liq. Auth., 217 AD2d 516; Matter of Avon Bar & Grill v O'Connell, 301 NY 150, 153). We have considered petitioner's other arguments, including that the penalty is excessive, and find them to be without merit. Concur—Ellerin, J. P., Ross, Nardelli, Williams and Mazzarelli, JJ. [As amended by unpublished order entered Feb. 6, 1996.]